824

No. 82–2012. EHLERS *v.* CITY OF DECATUR, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 82–2014. SOUTH PARK INDEPENDENT SCHOOL DISTRICT *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–2018. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. *v.* MALANDRIS. C. A. 10th Cir. Certiorari denied.

No. 82–2020. HOVSEPIAN, AKA HUGHES *v.* NEFF, INDEPENDENT EXECUTOR OF THE ESTATE OF LUMMIS, ET AL. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 82–2021. MARSH *v.* CITY OF OAKLAND. C. A. 9th Cir. Certiorari denied.

No. 82–2022. BEIL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 82–2023. ASHE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–2024. EARLY ET AL. *v.* EASTERN TRANSFER ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–2025. TEAL *v.* MORRISON-KNUDSEN CO., INC. C. A. D. C. Cir. Certiorari denied.

No. 82–2026. WESTON *v.* BACHMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–2027. SCHMIDT *v.* IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–2029. FAKIER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–2031. CASE ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 82–2032. NEDECZKY *v.* OHIO. Ct. App. Ohio, Greene County. Certiorari denied.